**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>FourWorld Event Opportunities, LP,<br><br>Petitioner, for an Order pursuant to 28 U.S.C.<br>§ 1782 to Conduct Discovery for Use in a Foreign<br>Proceeding. | Case No. 24-mc-00093<br><br>[PROPOSED] ORDER |

This matter comes before the Court upon the Application for Judicial Assistance by FourWorld Event Opportunities, LP ("Petitioner") for leave to serve a subpoena upon Goldman Sachs & Co. LLC ("Respondent") pursuant to 28 U.S.C. § 1782 (the "Application").

The Court, having considered the Application and the supporting Memorandum of Law, Declarations of Delroy Duncan KC and Duane L. Loft (the "Loft Declaration"), and Exhibits thereto,

IT IS HEREBY ORDERED that:

1.     Respondent shall file any opposition to the Application within 14 days of service of the Application;

2.     Petitioner may file any reply in support of the Application within 7 days of Respondent's opposition;

3.     Absent a timely opposition filed by Respondent, the Application is granted, and Petitioner is authorized to take discovery from Respondent by issuing the subpoena and seeking the production of documents and a deposition in the form attached to the Loft Declaration as Exhibit 1;

4.     Respondent shall produce the requested documents within 30 days of service of the subpoena, or such other date as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York;

5.      Respondent shall appear for a deposition in compliance with the subpoena on a mutually agreeable date within a reasonable time after Respondent confirm the final production of documents in response to the subpoena;

6.      Until further Order by this Court, Respondent shall preserve all documents, electronic or otherwise, and any evidence in its possession, custody, or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application; and

7.      The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order and assessing any supplemental request for discovery assistance that may be requested by Petitioner.

DATED this ___1st___ day of ___March___, 2024.

Edgardo Ramos, U.S.D.J.