UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOURWORLD EVENT OPPORTUNITIES, LP,

Petitioner,

– against –

GOLDMAN SACHS & CO. LLC, ARGO
GROUP INTERNATIONAL HOLDINGS INC.,

Respondents.

**ORDER**

24-mc-00093 (ER)

Ramos, D.J.:

On February 29, 2024, FourWorld Event Opportunities, LP initiated the instant action to obtain discovery from Goldman Sachs & Co. LLC in connection with a foreign appraisal proceeding. Doc. 1. A stipulation regarding the discovery process was filed by FourWorld and Goldman on February 18, 2025. Doc. 33. There has been no update on the case since then other than a motion to withdraw appearance. Doc. 34.

Parties are directed to submit a status report by January 21, 2026.

It is SO ORDERED.

Dated:    January 14, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.