**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>FourWorld Event Opportunities, LP,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 1:24-mc-00093-ER |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

Upon the reading and filing of the Motion to Withdraw Appearance for Ashley Mullen, it is:

ORDERED, that, pursuant to Rule 1.4(b) of the Local Rules of the Southern District of New York, Ashley Mullen is hereby permitted to withdraw as counsel of record for Petitioner;

ORDERED, that the Clerk shall amend the docket and other court records to reflect the withdrawal of Ashley Mullen as counsel of record for Petitioner;

ORDERED, that Ashley Mullen shall be removed from all electronic and other service lists in the Court's records for this matter.

**IT IS SO ORDERED**

Date: _____January 14_____, 2026

_____
Honorable Edgardo Ramos